UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:19-CR-00333-01** |
| **VERSUS** | **JUDGE ZAINEY** |
| **GRANT WADLINGTON (01)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 67) is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with with the report and recommendation, the Motion to Dismiss the Indictment (Rec. Doc. 62) filed by defendant Grant Wadlington is DENIED.

5/13/22

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE